THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINION PIPE & PILING,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF KODIAK,<br><br>        Defendant. | CASE NO. C16-1699-JCC<br><br>MINUTE ORDER |
| DOMINION PIPE & PILING,<br><br>        Third-Party Plaintiff,<br><br>   v.<br><br>PACIFIC PILE & MARINE, L.P., *et al.*,<br><br>        Third-Party Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for discovery (Dkt. No. 43). Finding good cause, the Court GRANTS the motion.

MINUTE ORDER
C16-1699-JCC
PAGE - 1

Discovery must be completed by February 28, 2018. This order does not affect any other case management deadline.

DATED this 10th day of January 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk
