THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINION PIPE & PILING, | CASE NO. C16-1699-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF KODIAK, | |
| Defendant. | |
| DOMINION PIPE & PILING, | |
| Third-Party Plaintiff, | |
| v. | |
| PACIFIC PILE & MARINE, L.P., *et al.*, | |
| Third-Party Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for filing dispositive motions and expert reports (Dkt. No. 46). Finding good cause, the

1    Court GRANTS the motion (Dkt. No. 46). All dispositive motions and expert reports must be

2    filed no later than February 20, 2018. This order does not affect any other case management

3    deadline.

4          DATED this 7th day of February 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk