THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINION PIPE & PILING, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF KODIAK, <br><br> Defendant. | CASE NO. C16-1699-JCC <br><br> MINUTE ORDER |
| DOMINION PIPE & PILING, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> PACIFIC PILE & MARINE, L.P., *et al.*, <br><br><br> Third-Party Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on notice from the mediator that the case has resolved (Dkt. No. 48). Plaintiff is DIRECTED to file a stipulated dismissal or voluntary

MINUTE ORDER
C16-1699-JCC
PAGE - 1

1  dismissal within 30 days from the issuance of this order. The Clerk is DIRECTED to terminate

2  all case management dates and CLOSE the case for statistical purposes.

3  DATED this 20th day of February 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk