THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINION PIPE & PILING, | CASE NO. C16-1699-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF KODIAK, | |
| Defendant. | |
| DOMINION PIPE & PILING, | |
| Third-Party Plaintiff, | |
| v. | |
| PACIFIC PILE & MARINE, L.P., *et al.*, | |
| Third-Party Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 51). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and

MINUTE ORDER
C16-1699-JCC
PAGE - 1

1 this action is DISMISSED with prejudice and without an award of costs or attorney fees to either
2 party.
3     DATED this 26th day of March 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C16-1699-JCC
PAGE - 2